IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMBER TROUDT,<br><br>　　　　　　Defendant. | 4:20CR3039<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 15), is granted.

2) Defendant shall be released to attend his father's funeral at **8:30 a.m.** on June 11, 2021, returning to . Marshal custody at **5:00 p.m.** that day.

3) Defendant will be picked up from the jail by her uncle, Glen Troudt, who is providing the transportation for Defendant's temporary release from custody.

4) The undersigned magistrate judge has provided a copy of this order to the Marshal.

Dated this 9th day of June, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge